No. 89–964.   MOSKAL v. UNITED STATES.   C. A. 3d Cir.   Certiorari granted.

No. 89–1166.   GROVES ET AL. v. RING SCREW WORKS, FERNDALE FASTENER DIVISION.   C. A. 6th Cir.   Certiorari granted.

(See also No. 89–927, *supra.*)

No. 89–811.   NEIMAN, DBA CONCOURSE NURSING HOME v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–870.   KIESEL CO., INC. v. HOUSEHOLDER, SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION.   C. A. 8th Cir. Certiorari denied.

No. 89–914.   NATIONAL POSTERS, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir.   Certiorari denied.

No. 89–931.   PORTLAND AUDUBON SOCIETY ET AL. v. LUJAN, SECRETARY OF THE INTERIOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–973.   LOWE ET AL. v. COMMACK UNION FREE SCHOOL DISTRICT ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–977.   BALLARD v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–985.   JAY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 89–986.   LUCAS v. SKINNER, SECRETARY OF TRANSPORTATION.   C. A. 4th Cir.   Certiorari denied.